IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DEBRA A. WILLIAMS                                                                 PLAINTIFF

V.                                      NO. 11-3115

MICHAEL J. ASTRUE,[1]
Commissioner of the Social Security Administration                 DEFENDANT

## **J U D G M E N T**

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the decision of the ALJ with respect to Plaintiff's application for DIB benefits, and reverses the ALJ decision with respect Plaintiff's application for SSI benefits, for further proceedings consistent with the opinion, pursuant to sentence four of 42 U.S.C. § 405(g).

**The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 20th day of February, 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn Colvin became the Acting Social Security Commissioner on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this suit.

AO72A
(Rev. 8/82)